UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORWARD FOOD GROUP, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>  Defendant. | Case No. 21-cv-07739-DMR<br><br>**ORDER GRANTING STIPULATION AS MODIFIED AND ADMINISTRATIVELY CLOSING CASE**<br><br>Re: Dkt. No. 10 |

This breach of contract action involves an insurance coverage dispute arising out of underlying proceedings in *FFG Restaurant Group, Inc. v. Ozyilmaz*, No. CGC-19-581427 (S.F. Super. Ct.), a lawsuit pending in San Francisco Superior Court.[1] The parties filed a stipulated request to stay this case until *Ozyilmaz* is resolved. [Docket No. 10.]

The parties jointly represent that resolution of *Ozyilmaz* will facilitate resolution here. The court therefore finds that judicial economy and efficiency will be served by putting this case on hold until *Ozyilmaz* is done. For docket management purposes, the court administratively closes this case instead of issuing a stay. Either party may move to reopen the case within 30 days of an order from the San Francisco Superior Court that disposes of *Ozyilmaz*, or any other event that warrants reopening. The January 19, 2022 initial case management conference and all other deadlines are vacated.

**IT IS SO ORDERED.**

Dated: December 28, 2021

_____
Donna M. Ryu
United States Magistrate Judge

---

[1] On July 23, 2020, the Honorable Ethan P. Schulman of the Superior Court for the City and County of San Francisco consolidated the case with *Litz v. Ozyilmaz*, No. CGC-19-580935.